# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**627**
**KA 14-00311**
PRESENT: SMITH, J.P., CENTRA, CARNI, CURRAN, AND SCUDDER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

CARLOS SANTIAGO, JR., DEFENDANT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (JANET C. SOMES OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (STEPHEN X. O'BRIEN OF COUNSEL), FOR RESPONDENT.

---

Appeal from a resentence of the Monroe County Court (Victoria M. Argento, J.), rendered November 14, 2013. Defendant was resentenced upon his conviction of sexual abuse in the first degree and unlawful imprisonment in the second degree.

It is hereby ORDERED that the resentence so appealed from is unanimously affirmed.

Entered: July 1, 2016                                    Frances E. Cafarell
                                                         Clerk of the Court